**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**EARNEST SIMES, ET AL.**                                                                                          **PLAINTIFF**

**VS.**                             **CASE NO. 2:00CV00174 JMM**

**MIKE HUCKABEE, ET AL.**                                                                                     **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that this complaint be, and it is hereby, dismissed.

IT IS SO ORDERED this  19  day of January, 2006.


_____
James M. Moody
United States District Judge